Darren NELSON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 107, 2016

Supreme Court of Delaware.

Submitted: May 3, 2016
Decided: June 29, 2016

AFFIRMED.

Brian Michael KUEHN, Appellant
Below–Appellant,

v.

Andrew Cody COTTER and Tracy
Campbell, Appellees Below–
Appellees.

No. 29, 2016

Supreme Court of Delaware.

Submitted: May 6, 2016
Decided: June 29, 2016

AFFIRMED.

Sally DUNHAM,[1] Respondent
Below, Appellant;

v.

DIVISION OF SERVICES FOR CHIL-
DREN, YOUTH AND THEIR FAMI-
LIES, Petitioner Below, Appellee,

and

Office of the Child Advocate, Appellee.

No. 12, 2016

Supreme Court of Delaware.

Submitted: May 13, 2016
Decided: June 29, 2016

AFFIRMED.

Howard A. WALSH, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 612, 2015

Supreme Court of Delaware.

Submitted: May 6, 2016
Decided: June 29, 2016

AFFIRMED.

1. By Order dated January 8, 2016, the Court assigned a pseudonym to the appellant. Del. Supr. Ct. R. 7(d).